No. 02–5658. MURDOCK v. MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich. Certiorari denied.

No. 02–5659. WYNN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5660. WARREN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5662. ZELLNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5663. MACK v. MARTIN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 02–5666. TRUGLIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5667. KELLY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5668. LICHTMAN v. NORRIS ET AL. Commw. Ct. Pa. Certiorari denied.

No. 02–5671. LINDSEY v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 02–5672. RYAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5674. SALAZAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5675. SALEEM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5677. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5678. MACK v. MARTIN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 02–5680. FITE v. HOOVER CO. C. A. 6th Cir. Certiorari denied.

No. 02–5681. HARRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.